AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.    3:21-mj-00007 |
| CODY LEVI MELBY | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 8, 2021  in the county of  Multnomah  in the
_____ District of  Oregon  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1361 | Destruction of Government Property |

This criminal complaint is based on these facts:

The attached affidavit of Federal Protective Services (FPS) Senior Special Agent John D. Dean

☑ Continued on the attached sheet.

/s/ Signed by Telephone
*Complainant's signature*

FPS Senior Special Agent John D. Dean
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 11:54 a.m.

Date:  01/10/2021

*Youlee Yim You*
*Judge's signature*

City and state:    Portland, Oregon    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*