UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00002-IM |
| v. | MISDEMEANOR INFORMATION |
| CODY LEVI MELBY, | 18 U.S.C. § 1361 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Depredation of Federal Property)**
**(18 U.S.C. § 1361)**

On or about January 8, 2021, in the District of Oregon, the defendant **CODY LEVI MELBY** willfully and by means of a firearm did injure and commit a depredation against the property of the United States, to wit: the Hatfield Federal Courthouse, property of the United States, and the resulting damage was less than $1,000;

In violation of Title 18 United States Code, Section 1361, a class A misdemeanor.

Dated: January 11, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney